UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROMAN CATHOLIC DIOCESE OF AMARILLO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:15-CV-00170-J |
| BRIT UW LTD. | § § § | |
| Defendant. | § | JURY DEMANDED |

## NOTICE OF SETTLEMENT

TO THE HONORABLE MARY LOU ROBINSON, DISTRICT COURT JUDGE:

Plaintiff, Roman Catholic Diocese of Amarillo, and Defendant, Brit UW, Ltd., hereby give notice that the parties have reached a settlement, in principal. The parties are formalizing the settlement agreement and gathering the necessary signatures. The parties will file an Agreed Motion to Dismiss within 30 days of the filing of this notice or, if necessary, file a Joint Status Report with the Court at that time. The parties further agree that all pending motions should be stayed pending the settlement of the case.

Respectfully Submitted,

Kelly Utsinger
State Bar No. 20416500
kelly.utsinger@uwlaw.com
Benjamin D. Doyle
State Bar No. 24080865
ben.doyle@uwlaw.com
UNDERWOOD LAW FIRM P.C.
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79104
Telephone: (806) 379-0336
Fax: (806) 349-9476

/s/ Benjamin D. Doyle_____
By: Benjamin D. Doyle

**ATTORNEYS FOR PLAINTIFF ROMAN CATHOLIC DIOCESE OF AMARILLO**

/s/ Stephen Cole_____
Eric W. Pinker (epinker@lynnllp.com)
State Bar No. 16016550
Stephen Cole (scole@lynnllp.com)
State Bar No. 24078358
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 Telephone
214-981-3839 Facsimile

**ATTORNEYS FOR DEFENDANT**