IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROMAN CATHOLIC DIOCESE OF AMARILLO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:15-CV-00170-J |
| BRIT UW LTD., | § § | |
| Defendant. | § § | |

---

## AGREED FINAL JUDGMENT AND DISMISSAL OF CLAIMS

---

On this day came as to be heard the Parties' Agreed Motion to Dismiss With Prejudice (the "Motion"), and the Court, having considered the pleadings and the evidence on file, is of the opinion that the Motion should be granted and that final judgment should be rendered as agreed by all parties in this matter.  Therefore, it is **ORDERED**:

1.    That all claims that were or which could have been asserted by either party shall be and hereby are dismissed with prejudice.

2.    That all Parties shall pay their own attorneys' fees and costs of any kind incurred in connection with this matter or any related matter; and

3.    That this Judgment is final.

All relief not expressly granted herein is denied.

SIGNED this _____ 7th _____ day of _November_, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

14

AGREED AS TO FORM AND SUBSTANCE:

UNDERWOOD LAW FIRM, P.C.
Kelly D. Utsinger
State Bar No. 20416500
kelly.utsinger@uwlaw.com
Benjamin D. Doyle
State Bar No. 24080865
Ben.doyle@uwlaw.com
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, Texas 79105
Telephone: (806) 376-5613
Facsimile: (806) 379-0316

By: _____
Benjamin D. Doyle

ATTORNEYS FOR PLAINTIFF

_____
Eric W. Pinker (epinker@lynnllp.com)
State Bar No. 16016550
Stephen Cole (scole@lynnllp.com)
State Bar No. 24078358
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 Telephone
214-981-3839 Facsimile

ATTORNEYS FOR DEFENDANT

4830-9912-5304, v. 3

15